COPY COPY

1  JOHNSON & PHAM, LLP
2  Christopher D. Johnson, SBN: 222698
       E-mail: cjohnson@johnsonpham.com
3  Christopher Q. Pham, SBN: 206697
       E-mail: cpham@johnsonpham.com
4  Marcus F. Chaney, SBN: 245227
5      E-mail: mchaney@johnsonpham.com
6  6355 Topanga Canyon Boulevard, Suite 115
   Woodland Hills, California 91367
7  Telephone:  (818) 888-7540
8  Facsimile:   (818) 888-7544

9  Attorneys for Plaintiff
10 PRODUCT PARTNERS, LLC

11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15 PRODUCT PARTNERS, LLC, a            Case No. EDCV09-2225 VAP (DTB)
   California Limited Liability Company,
16                                     COMPLAINT FOR DAMAGES
17         Plaintiff,                  AND DECLARATORY RELIEF:
18     vs.
                                       (1) FEDERAL TRADEMARK
19                                         INFRINGEMENT [15 *U.S.C.* §
20 M. CHAN DVD STORE, a Business           1114/*Lanham Act* §43(a)]
   Entity of Unknown Status; TAO       (2) FEDERAL COPYRIGHT
21 ZHANG, an Individual; ANGELICA          INFRINGEMENT [17 *U.S.C.*
22 DAHMEN, an Individual; ROBERT           §501(a)];
   KOZDRON, an Individual; BETH        (3) FALSE DESIGNATION OF
23 BAYNE, an Individual; TRAVIS            ORIGIN [15 *U.S.C.* §1125(a)];
24 BRAWLEY, an Individual; CESAR       (4) TRADEMARK DILUTION [15
   EUSTAQUIO, an Individual; CHERYL        *U.S.C.* §1125(c)];
25 MEXICO, an Individual; RON KLINE,   (5) UNFAIR BUSINESS
26 an Individual; GABE AGUILAR, an         PRACTICES [*CALIFORNIA
   Individual; GARY WATSON, an             BUSINESS & PROFESSIONS
27 Individual; HENRY ALVARADO, an          CODE* §17200];
28 Individual; JOSE MARTINEZ, an       (6) DECLARATORY RELIEF;

| | |
|---|---|
| Individual; JAMIE WHELAN, an Individual; KUNAL SHETH, an Individual; SHIRLEY CARLSON, an Individual; ANDERSSON LIRIANO, an Individual; MEGAN HART, an Individual; MICHAEL BATHAN, an Individual; MIGUEL MARTINEZ, an Individual; MANDA POTTHOFF, an Individual; TOM HIPPS, an Individual; NICHOLAS ARNOLD, an Individual; TERRY COWAN, an Individual; MARICRIS OMBAO, an Individual; PAUL BEAUDOIN, an Individual; PJ DISCOUNT SALES, a Business Entity of Unknown Status; TINA ANAYA, an Individual; JUAN GONZALEZ, an Individual; DAVID VU, an Individual; TRACEY SIKES, an Individual, and Does 1-10. Inclusive,<br><br>        Defendants. | (7) ACCOUNTING; and<br>(8) UNJUST ENRICHMENT<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiff PRODUCT PARTNERS, LLC (hereinafter "Plaintiff"), to hereby file its Complaint against M. CHAN DVD STORE, TAO ZHANG, ANGELICA DAHMEN, ROBERT KOZDRON, BETH BAYNE, TRAVIS BRAWLEY, CESAR EUSTAQUIO, CHERYL MEXICO, RON KLINE, GABE AGUILAR, GARY WATSON, HENRY ALVARADO, JOSE MARTINEZ, JAMIE WHELAN, KUNAL SHETH, SHIRLEY CARLSON, ANDERSSON LIRIANO, MEGAN HART, MICHAEL BATHAN, MIGUEL MARTINEZ, MANDA POTTHOFF, TOM HIPPS, NICHOLAS ARNOLD, TERRY COWAN, MARICRIS OMBAO, PAUL BEAUDOIN, PJ DISCOUNT SALES, TINA ANAYA, JUAN GONZALEZ, DAVID VU, TRACY SIKES, and Does 1-50, inclusive (collectively "Defendants").

///

## PARTIES

1. Plaintiff is now, and was at the time of the filing of this Complaint and at all intervening times, a California Limited Liability Company, duly authorized and licensed to conduct business in California, with its principal place of business in California.

2. Plaintiff is informed and believes that M. CHAN DVD STORE is now, and was at the time of the filing of this Complaint and at all intervening times, a Business Entity of Unknown Status operating on iOffer.com under user ID "happyw688" with its principal place of business located at 698 Zhonghua Road, Shanghai 200021, China.

3. Plaintiff is informed and believes that TAO ZHANG is now, and was at the time of the filing of this Complaint and at all intervening times, an individual operating on iOffer.com under user ID "happyw688" and residing at 698 Zhonghua Road, Shanghai 200021, China.

4. Plaintiff is informed and believes that ANGELICA DAHMEN is now, and was at the time of the filing of this Complaint and at all intervening times, an individual owning P.O. Box 90425, San Diego, California 92169.

5. Plaintiff is informed and believes that ROBERT KOZDRON is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at 629 Hunters Run Boulevard., Lakeland, Florida 33809.

6. Plaintiff is informed and believes that BETH BAYNE is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at 1520 Cliftwood Drive, Clarksville, Indiana 47129.

7. Plaintiff is informed and believes that TRAVIS BRAWLEY is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at P.O. Box 8121, Boise, Idaho 83707.

8. Plaintiff is informed and believes that CESAR EUSTAQUIO is now, and was at the time of the filing of this Complaint and at all intervening times, an

27. Plaintiff is informed and believes that PAUL BEAUDOIN is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at 1279 Wilbur Avenue, Swansea, Massachusetts 02777.

28. Plaintiff is informed and believes that PJ DISCOUNT SALES is now, and was at the time of the filing of this Complaint and at all intervening times, a Business Entity of Unknown Status with its principal place of business located at 2791 Marblevista Boulevard, Columbus, Ohio 43204.

29. Plaintiff is informed and believes that TINA ANAYA is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at 1255 Orcutt Road, #B36, San Luis Obispo, California 93401.

30. Plaintiff is informed and believes that JUAN GONZALEZ is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at 1105 Central Avenue, Apt. 1, Union City, New Jersey 07087.

31. Plaintiff is informed and believes that DAVID VU is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at 18003 SE 24th Street, Vancouver, Washington 98683.

32. Plaintiff is informed and believes that TRACY SIKES is now, and was at the time of the filing of this Complaint and at all intervening times, an individual residing at 14804 Rita Street, Kiethville, Lousiana 71047.

33. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants herein named as Does 1-50, inclusive, are unknown to Plaintiff. Plaintiff therefore sues said Defendants by such fictitious names. When the true names and capacities of said Defendants have been ascertained, Plaintiff will amend this pleading accordingly.

34. Plaintiff further alleges that Defendants, and Does 1-50, inclusive, sued herein by fictitious names are jointly, severally and concurrently liable and responsible with the named Defendants upon the causes of action hereinafter set forth.

35. Plaintiff is informed and believes and thereon alleges that at all times mentioned herein Defendants, and Does 1-50, inclusive, and each of them, were the agents, servants and employees of every other Defendant and the acts of each Defendant, as alleged herein, were performed within the course and scope of that agency, service or employment.

## JURISDICTIONAL ALLEGATIONS

36. This Court has Federal subject matter jurisdiction over this matter pursuant to 28 *U.S.C.* §§1331 and 1338(a) and (b), by virtue of 15 *U.S.C.* §1051 *et seq.*, in that the case arises out of §43(a) of the *Lanham Act* for trademark infringement, copyright infringement pursuant to 17 U.S.C. §501(a), and supplemental jurisdiction under 28 *U.S.C.* §§1367(a) and 1338 (a)(b).

37. Venue is proper, *inter alia*, under 28 *U.S.C.* §1391(b) because on information and belief, a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

38. Personal jurisdiction exists over Defendants because on information and belief, Defendants conduct business in California and in this judicial district, or otherwise avail themselves of the privileges and protections of the laws of the State of California, such that this Court's assertion of jurisdiction over Defendants does not offend traditional notions of fair play and due process.

## GENERAL ALLEGATIONS

39. Plaintiff is a health, wellness and fitness company involved in the development, production, sale, and distribution of in-home fitness, weight loss, and health products. Plaintiff owns the "P90X" mark used in connection with its "P90X extreme home fitness kit" consisting of a 13 DVD box set. Plaintiff has been using the mark since July 2003. Plaintiff first distributed the "P90X" mark in January 2005.

40. Plaintiff owns registered United States Trademarks for the "P90X" marks under U.S. Reg. No. 2843063 (registered May 18, 2004), U.S. Reg. No.

2869490 (registered August 3, 2004), U.S. Reg. No. 2869491 (registered August 3, 2004), U.S. Reg. No. 2973356 (registered July 19, 2005), U.S. Reg. No. 3444723 (registered June 10, 2008), and U.S. Reg. No. 3669400 (registered August 18, 2009) attached herewith as Exhibits "A," "B," "C," "D," "E," and "F," respectively.

41. Plaintiff also owns registered trademarks in the "P90X" marks in the following foreign countries or territories: Benelux, Canada, European Community, Hungary, International Registration – Madrid Protocol Only, Ireland, Mexico, Turkey, and United Kingdom.

42. Plaintiff owns a United States Copyright for the "P90X extreme home fitness kit" under Certificate of Registration number PA 0001324687 (effective date of March 23, 2006), attached herewith as Exhibit "G."

43. Plaintiff owns an additional United States Copyright for the "P90X.com" website under Certificate of Registration number TX 0006569236 (effective date of May 7, 2007), attached herewith as Exhibit "H."

44. Plaintiff owns additional United States Copyrights for the "P90X Version 2.3 Infomercial" under Certificate of Registration number PA 0001606153 (effective date December 21, 2007), and for the "P90X Infomercial Version 3" under Certificate of Registration number PA 0001609963 (effective date August 25, 2008), attached herewith as Exhibits "I" and "J," respectively.

45. Plaintiff has spent substantial time, money and effort in developing consumer recognition and awareness of its "P90X" marks. Plaintiff has spent over seventy-four million dollars ($74,000,000.00) to air its television infomercials alone, and over one million dollars ($1,000,000.00) on print and internet advertising. Dating back to inception in January 2005, the "P90X" infomercials have aired over 109,000 times.

46. According to Infomercial Monitoring Service, Inc. (IMS), a monitor of national broadcast, cable and satellite television for the direct response television industry, Plaintiff's "P90X" infomercials have consistently been ranked no. 1 on

the IMS Top 25 list, with over 135 consecutive weeks in a row on the Top 25 list.

47. Through the extensive use of the "P90X" marks, Plaintiff has built up and developed significant goodwill in the "P90X" marks. A wide array of newspapers, magazines and television networks (including *US*, *People*, the *Atlanta Journal-Constitution*, the *Los Angeles Times*, *InTouch Weekly*, and *E! Entertainment*) have featured stories in which prominent celebrities and professional athletes (including Demi Moore, Ashton Kutcher, Sheryl Crow, Poppy Montgomery and Matt Diaz) have enthusiastically described their success with the "P90X Extreme Home Fitness Kit."

48. Defendants use, amongst other things, the Internet auction website known as iOffer.com to sell and distribute products, including pirated DVDs, to consumers. At any given time, there are millions of items listed on iOffer for bid or purchase by its more than one million registered users. Buyers have the option to purchase items in an auction-style format where users bid on products or items can be purchased at a fixed price. Using another iOffer feature referred to as "Feedback," users who have made a purchase on iOffer are given the opportunity to post positive, neutral or negative reviews in relation to their buying experience. While feedback can give some indication of sales volume, actual sales may far exceed the number of feedback entries a seller receives.

49. On October 8, 2009, in its ongoing investigation of counterfeit sales of the "P90X" product, Plaintiff purchased a counterfeit "P90X extreme home fitness kit" from iOffer user ID "happyw688," for a cost of $42.50 charged to the PayPal electronic payment account of Plaintiff's investigator. A true and correct copy of the website purchase receipt is attached hereto as Exhibit "K."

50. The product purchased from iOffer user ID "happyw688" was inspected by Plaintiff to determine authenticity. Plaintiff's inspection of the purchased item using security measures confirmed that the item sold to the investigator was in fact a counterfeit "P90X extreme home fitness kit".

51. On or about August 9, 2009, Plaintiff is informed and believes that ANGELICA DAHMEN, under iOffer user ID "angelangel," engaged in a transaction with iOffer user ID "happyw688" in the sum of $255.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

52. On or about August 26, 2009, Plaintiff is informed and believes that ROBERT KOZDRON, under iOffer user ID, "bitcom," engaged in a transaction with iOffer user ID "happyw688" in the sum of $1,300.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

53. On or about June 26, 2009, Plaintiff is informed and believes that BETH BAYNE, under iOffer user ID, "bjbayne08," engaged in a transaction with iOffer user ID "happyw688" in the sum of $132.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

54. On or about June 30, 2009, Plaintiff is informed and believes that TRAVIS BRAWLEY, under iOffer user ID, "cardfelon," engaged in a transaction with iOffer user ID "happyw688" in the sum of $150.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

55. On or about July 23, 2009, Plaintiff is informed and believes that CESAR EUSTAQUIO, under iOffer user ID, "cmustangc," engaged in a transaction with iOffer user ID "happyw688" in the sum of $255.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

56. On or about July 15, 2009, Plaintiff is informed and believes that CHERYL MEXICO, under iOffer user ID, "disneyvaultcollection," engaged in a transaction with iOffer user ID "happyw688" in the sum of $134.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

57. On or about August 15, 2009, Plaintiff is informed and believes that RON KLINE, under iOffer user ID, "firefyt911," engaged in a transaction with iOffer user ID "happyw688" in the sum of $1,270.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

58. On or about August 3, 2009, Plaintiff is informed and believes that GABE AGUILAR, under iOffer user ID, "gabea101," engaged in a transaction with iOffer user ID "happyw688" in the sum of $255.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

59. On or about August 13, 2009, Plaintiff is informed and believes that GARY WATSON, under iOffer user ID, "getem1," engaged in a transaction with iOffer user ID "happyw688" in the sum of $140.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

60. On or about June 24, 2009, Plaintiff is informed and believes that HENRY ALVARADO, under iOffer user ID, "henryfifa10," engaged in a transaction with iOffer user ID "happyw688" in the sum of $174.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

61. On or about August 10, 2009, Plaintiff is informed and believes that JOSE MARTINEZ, under iOffer user ID, "hozer27," engaged in a transaction with iOffer user ID "happyw688" in the sum of $2,460.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

62. On or about September 9, 2009, Plaintiff is informed and believes that JAMIE WHELAN, under iOffer user ID, "kimiandchadbear," engaged in a transaction with iOffer user ID "happyw688" in the sum of $165.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

63. On or about July 18, 2009, Plaintiff is informed and believes that KUNAL SHETH, under iOffer user ID, "ksheth19," engaged in a transaction with iOffer user ID "happyw688" in the sum of $250.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

64. On or about June 13, 2009, Plaintiff is informed and believes that SHIRLEY CARLSON, under iOffer user ID, "lifeisgood09," engaged in a transaction with iOffer user ID "happyw688" in the sum $140.00 of involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

65. On or about August 9, 2009, Plaintiff is informed and believes that ANDERSSON LIRIANO, under iOffer user ID, "liriano07," engaged in a transaction with iOffer user ID "happyw688" in the sum of $260.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

66. On or about July 24, 2009, Plaintiff is informed and believes that MEGAN HART, under iOffer user ID, "mh2k5," engaged in a transaction with iOffer user ID "happyw688" in the sum of $500.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

67. On or about June 15, 2009, Plaintiff is informed and believes that MICHAEL BATHAN, under iOffer user ID, "Michael_bathan," engaged in a transaction with iOffer user ID "happyw688" in the sum of $65.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

68. On or about August 30, 2009, Plaintiff is informed and believes that MIGUEL MARTINEZ, under iOffer user ID, "mmartinez1799," engaged in a transaction with iOffer user ID "happyw688" in the sum of $150.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

69. On or about July 8, 2009, Plaintiff is informed and believes that MANDA POTTHOFF, under iOffer user ID, "mpotth," engaged in a transaction with iOffer user ID "happyw688" in the sum of $1,000.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

70. On or about June 13, 2009, Plaintiff is informed and believes that SHIRLEY CARLSON, under iOffer user ID, "lifeisgood09," engaged in a transaction with iOffer user ID "happyw688" in the sum of $140.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

71. On or about July 15, 2009, Plaintiff is informed and believes that TOM HIPPS, under iOffer user ID, "mybiz835," engaged in a transaction with iOffer user ID "happyw688" in the sum of $255.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

- 12 -
COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

72. On or about August 26, 2009, Plaintiff is informed and believes that NICHOLAS ARNOLD, under iOffer user ID, "narnold83," engaged in a transaction with iOffer user ID "happyw688" in the sum of $280.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

73. On or about September 3, 2009, Plaintiff is informed and believes that TERRY COWAN, under iOffer user ID, "ness31," engaged in a transaction with iOffer user ID "happyw688" in the sum of $288.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

74. On or about May 31, 2009, Plaintiff is informed and believes that MARICRIS OMBAO, under iOffer user ID, "nicethings01," engaged in a transaction with iOffer user ID "happyw688" in the sum of $137.50 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

75. On or about July 27, 2009, Plaintiff is informed and believes that PAUL BEAUDOIN, under iOffer user ID, "pbsw9," engaged in a transaction with iOffer user ID "happyw688" in the sum of $375.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

76. On or about August 31, 2009, Plaintiff is informed and believes that PJ DISCOUNT SALES, under iOffer user ID, "pjdiscountsales," engaged in a transaction with iOffer user ID "happyw688" in the sum of $325.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

77. On or about September 7, 2009, Plaintiff is informed and believes that TINA ANAYA, under iOffer user ID, "slo3sons," engaged in a transaction with iOffer user ID "happyw688" in the sum of $105.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

78. On or about July 1, 2009, Plaintiff is informed and believes that JUAN GONZALEZ, under iOffer user ID, "softballmadness," engaged in a transaction with iOffer user ID "happyw688" in the sum of $265.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

79. On or about July 13, 2009, Plaintiff is informed and believes that DAVID VU, under iOffer user ID, "tater714," engaged in a transaction with iOffer user ID "happyw688" in the sum of $375.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

80. On or about June 21, 2009, Plaintiff is informed and believes that TRACY SIKES, under iOffer user ID, "twsikes," engaged in a transaction with iOffer user ID "happyw688" in the sum of $250.00 involving multiple units of counterfeit "P90X Extreme Home Fitness Kits."

81. Defendants use images confusingly similar or identical to Plaintiff's trademarks, to confuse consumers and aid in the promotion and sales of their unauthorized product. Defendants' use of Plaintiff's trademarks include importing, advertising, displaying, distributing, selling and/or offering to sell unauthorized copies of Plaintiff's "P90X" product. Defendants' use began long after Plaintiff's adoption and use of its trademarks, and after Plaintiff obtained the copyright and trademark registrations alleged above. Neither Plaintiff nor any authorized agents have consented to Defendants' use of Plaintiff's "P90X" trademarks.

82. Defendants' actions have confused and deceived, or threatened to confuse and deceive, the consuming public concerning the source and sponsorship of the unauthorized copies of Plaintiff's "P90X" product, sold and distributed by Defendants. By its wrongful conduct, Defendants have traded upon and diminished Plaintiff's goodwill. Furthermore, the sale and distribution of counterfeit goods by Defendants has infringed upon Plaintiff's federally registered trademarks and copyrights.

///
///
///